**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| Rolland Birtcher, II, | ) |
| Plaintiff, | ) Case No.: 2:22-cv-03464 |
| v. | ) Chief Judge Algenon L. Marbley |
| OhioHealth Corporation, | ) Magistrate Judge Chelsey M. Vascura |
| Defendant. | ) |

**ORDER**

This matter is before the Court for consideration of Plaintiff's and Defendant's Joint Motion to Stay All Case Dates and Deadlines Pending Mediation (ECF No. 14) ("Motion"). The Motion is **GRANTED**. All deadlines contained in the Court's December 27, 2022 scheduling order (ECF No. 10) are **STAYED** pending the results of the parties' mediation, which is scheduled for June 27, 2023.

Plaintiff and Defendant are **DIRECTED** to file a joint status report no later than **JULY 27, 2023**, advising the Court of whether a settlement has been reached.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE